1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

THOMAS M. HOCKING, et al.,                    )      Case No.: 1:03-cv-06167 TAG
                                              )
            Plaintiff,                        )
                                              )
      v.                                      )      ORDER SETTING STATUS CONFERENCE
                                              )      AND REQUIRING PERSONAL
                                              )      APPEARANCES
COUNTY OF KERN, et al.                         )
                                              )
            Defendants.                        )
                                              )
AND RELATED CROSS CLAIMS                      )
                                              )
_____        )

      On November 8, 2005, the Court ordered that this case be referred for a Neutral Evaluation.
(Doc. 44).

      Local Rule 16-160(a) states that "[w]hen an action has been settled or otherwise disposed of
. . . whether by settlement conference or out of Court . . . it is the duty of counsel to inform the
courtroom deputy clerk and the assigned Court's chambers immediately."  Moreover, Local Rule 16-
160(b) states that "[u]pon such notification of disposition or resolution of an action . . . the Court
shall thereupon fix a date upon which the documents disposing of the action or motion must be filed,
which date shall not be more than twenty (20) calendar days from the date of said notification, absent
good cause."

      Accordingly, it is HEREBY ORDERED that:

      1.    This matter IS SET for Status Hearing, at which counsel for each party SHALL
            PERSONALLY APPEAR, on April 19, 2006, at 9:30 a.m. before the Honorable

1

1    Theresa A. Goldner, United States Magistrate Judge, in the United States District

2    Court Courtroom at 1300 18th Street, Bakersfield, CA, 93301 and explain why no

3    stipulation for dismissal of the case has been filed.

4    2.    No later than April 10, 2006,  counsel for each party SHALL FILE a joint Status

5    Conference Report detailing what has transpired in this case since the neutral

6    evaluation, and what impediments to settlement remain, if any, and providing a

7    time-frame for the resolution of any such impediments.

8    3.    In the event the parties or counsel submit a completely executed stipulation for

9    dismissal of the entire case, delivered to the Court no later than April 14, 2006, the

10    Court will vacate the April 19, 2006 Status Hearing.

11

12

13    IT IS SO ORDERED.

14    Dated:    **March 30, 2006**                                         **/s/ Theresa A. Goldner**
      **j6eb3d**                                                    UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28