1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. GAAB
   Assistant U.S. Attorney
   United States Courthouse
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5
   Attorneys for Defendant United States of America
6

7               UNITED STATES DISTRICT COURT

8               EASTERN DISTRICT OF CALIFORNIA

9  THOMAS M. HOCKING, et al.,    )   1:03-cv-06167-TAG
                                 )
10               Plaintiffs,     )   **STIPULATION OF DISMISSAL OF**
                                 )   **DEFENDANT UNITED STATES OF**
11       v.                      )   **AMERICA WITHOUT PREJUDICE; AND**
                                 )   **ORDER THEREON**
12 COUNTY OF KERN, et al.,       )
                                 )
13               Defendants.     )
                                 )

14      Plaintiffs THOMAS M. HOCKING, DIANE K. HOCKING, HENRY P.
15 LEAL and LETA LEAL and Defendant UNITED STATES OF AMERICA, on
16 behalf of the U.S. DEPARTMENT OF THE TREASURY, INTERNAL REVENUE
17 SERVICE, by and through undersigned counsel, hereby stipulate to
18 dismissal without prejudice of Defendant United States of America
19 from this action, in light of the Disclaimer of Interest by
20 Defendant United States of America, filed November 30, 2005.
   Each party shall bear their/its own costs.
21                                    Respectfully submitted,
22 Dated:  April 6, 2006.
23
24                          By:   /s/ Gerald M. Leverett
                                  GERALD M. LEVERETT
                                  Attorney for Plaintiffs
25                                Thomas M. Hocking, Diane K.
                                  Hocking, Henry P. Leal and
26                                Leta Leal

```
 1
 2  Dated:  April 6, 2006.              McGREGOR W. SCOTT
                                        United States Attorney
 3
 4                                By:   /s/ Kimberly A. Gaab
                                        KIMBERLY A. GAAB
 5                                      Assistant U.S. Attorney
                                        Attorneys for Defendant
 6                                      United States of America

 7  IT IS SO ORDERED.

 8  Dated:   April 12, 2006 /s/ Theresa A. Goldner
    j6eb3d                    UNITED STATES MAGISTRATE JUDGE
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```