IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS M. HOCKING, et al., <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF KERN, et al. <br><br> Defendants. <br> AND RELATED CROSS CLAIMS | Case No.: 1:03-cv-06167 TAG <br><br> ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH COURT ORDERS |

On March 30, 2006, this Court issued an Order Setting Status Conference and Requiring Personal Appearances. (Doc. 47). Pursuant to that Order, counsel for all parties were to personally appear at a Status Hearing set for April 19, 2006, at 9:30 a.m. Quoting therefrom:

> "1. This matter IS SET for Status Hearing, at which counsel for each party SHALL PERSONALLY APPEAR, on April 19, 2006, at 9:30 a.m. before the Honorable Theresa A. Goldner, United States Magistrate Judge, in the United States District Court Courtroom at 1300 18th Street, Bakersfield, CA, 93301 and explain why no stipulation for dismissal of the case has been filed." (Doc. 47).

The following attorneys, having previously appeared and/or filed pleadings in this matter, failed to appear at the Status Hearing held on April 19, 2006: (1) David Ray Jenkins, (2) Merl Ledford, III and (3) Jerri S. Bradley.

1 | Also pursuant to this Court's Order Setting Status Conference and Requiring Personal Appearances (Doc. 47), counsel for all parties were to have filed a Joint Status Conference Report by no later than April 10, 2006.  Quoting again from the Order:

> "2. No later than April 10, 2006, counsel for each party SHALL FILE a joint Status Conference Report detailing what actions, if any, they have taken to cause the settlement to be completed, what impediments to such final resolution remain and setting a time-frame for the resolution of such impediments, if any."  (Doc. 47).

Neither David Ray Jenkins, Merl Ledford, III nor Jerri S. Bradley participated in the filing of a Joint Status Report.

Accordingly, the Court HEREBY ORDERS that David Ray Jenkins, Merl Ledford, III and Jerry S. Bradley SHALL PERSONALLY APPEAR on May 15, 2006, at 9:00 a.m. before the Honorable Theresa A. Goldner, United States Magistrate Judge, in the United States District Court Courtroom at 1300 18th Street, Bakersfield, CA, 93301 and explain why sanctions should not be imposed upon them pursuant to Local Rule 11-110 for failure to comply with Court orders.

It is further ORDERED that counsel for all parties SHALL PERSONALLY APPEAR at such May 15, 2006 Order to Show Cause hearing.

IT IS SO ORDERED.

Dated: **May 2, 2006**          **/s/ Theresa A. Goldner**
**j6eb3d**                        UNITED STATES MAGISTRATE JUDGE

2