IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS M. HOCKING, et al.,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>COUNTY OF KERN, et al.  )<br>  )<br>    Defendants.  )<br>AND RELATED CROSS CLAIMS  )<br>  )<br>_____ ) | Case No.: 1:03-cv-06167 TAG<br><br>ORDER SETTING PRE-TRIAL CONFERENCE AND TRIAL DATES |

On March 30, 2006, this Court issued an Order Setting Status Conference and Requiring Personal Appearances. (Doc. 47). Pursuant to that Order, a Status Hearing was held on April 19, 2006, at which only counsel for plaintiffs personally appeared. Also pursuant to that Order, a Joint Status Conference Report was to have been filed, but the only submission to the Court was a Status Conference Report prepared exclusively by counsel for plaintiffs. (Doc. 49).

No stipulation for dismissal having been filed, it is HEREBY ORDERED THAT:

1.  This matter IS SET for a Pre-Trial Conference, at which counsel for each party SHALL PERSONALLY APPEAR, on June 19, 2006, at 9:00 a.m. before the Honorable Theresa A. Goldner, United States Magistrate Judge, in the United States District Court Courtroom at 1300 18th Street, Bakersfield, CA, 93301.

2.  This matter IS SET for a Court Trial on the following dates: July 3, 2006, July 5, 2006 and July 7, 2006, at 10:30 a.m. before the Honorable Theresa A. Goldner,

United States Magistrate Judge, in the United States District Court Courtroom at 1300 18th Street, Bakersfield, CA, 93301.

IT IS SO ORDERED.

Dated:   **May 2, 2006**                                         **/s/ Theresa A. Goldner**
**j6eb3d**                                                 UNITED STATES MAGISTRATE JUDGE