IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS M. HOCKING, et al., | Case No.: 1:03-cv-06167 TAG |
| Plaintiff, | |
| v. | ORDER TO FILE CERTIFIED COPIES OF DISCLAIMERS OF INTEREST |
| COUNTY OF KERN, et al. | |
| Defendants. | |
| AND RELATED CROSS CLAIMS | |

In this action for partition of real property, counsel for Plaintiffs Thomas M. Hocking, Diane K. Hocking, Henry P. Leal and Leta Leal lodged with this Court, on May 22, 2006, a Stipulation for Entry of Judgment and a proposed Judgment Upon Stipulation for Entry of Judgment.

The Stipulation for Entry of Judgment states that the following persons and/or entities filed disclaimers of interest "with this Court":  (1) Wayne Billingsley, (2) Wava Billingsley, (3) Dudley M. Steele, Jr. and (4) the State of California..

Upon review of the record, however, it appears that no such disclaimers of interest were filed in the United States District Court for the Eastern District of California in this action.  Rather, it appears from the record that such disclaimers may have been filed in Kern County Superior Court before this case was removed from such court.

1 | Accordingly, IT IS HEREBY ORDERED that Plaintiffs' Counsel shall file certified copies of each of the above-referenced disclaimers of interest within seven (7) days of the date hereof.

IT IS SO ORDERED.

Dated:  **May 24, 2006**                     **/s/ Theresa A. Goldner**
**j6eb3d**                                                   UNITED STATES MAGISTRATE JUDGE