GERALD M. LEVERETT, S. B. 55841
Attorney at Law
1830 Truxtun Avenue, Suite 212
Bakersfield, California 93301
Post Office Box 1676
Bakersfield, California 93303-1676

Telephone: (661) 326-0234
Fax: (661) 324-4960

Attorney for Plaintiffs Thomas M. Hocking, Diane K. Hocking, Henry P. Leal and Leta Leal

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS M. HOCKING, DIANE K. HOCKING, HENRY P. LEAL, LETA LEAL, <br><br> Plaintiff(s), <br><br> vs. <br><br> COUNTY OF KERN, MERL LEDFORD III; STATE OF CALIFORNIA, UNITED STATES OF AMERICA, WAYNE BILLINGSLEY, WAVA BILLINGSLEY, DUDLEY M. STEELE, JR. DOES I through L inclusive. <br><br> Defendant(s) | NO. CIV. F-03-6167▇ TAG <br><br> **JUDGMENT** UPON STIPULATION FOR ENTRY OF JUDGMENT <br><br> [F.R.C.P. RULE 54(a); LOCAL RULES USDC, EASTERN DISTRICT OF CALIFORNIA LOCAL RULE 1-101] <br><br> COMPLAINT FILED: July 15, 2003 |

///

1
STIPULATED JUDGMENT

The parties hereto, having made, entered into, executed and filed with this Court a STIPULATION FOR ENTRY OF JUDGMENT, and GOOD CAUSE APPEARING;

IT IS HEREBY ORDERED, DECREED AND ADJUDGED AS FOLLOWS:

1. Plaintiff Thomas M. Hocking is the owner of an undivided fifty percent interest in the real property described herein as Exhibit 1 and 2 to this Stipulation, commonly referred to as 502 High Street, Delano, California APN Number 037-213-09-00-7 and 510 High Street, Delano, California APN Number 037-213-10-00-9; and

2. Plaintiffs Henry P. Leal and Leta Leal are owners of an undivided twenty-five percent interest in the real property described in Exhibit 1 and Exhibit 2 hereto commonly referred to as 502 High Street, Delano, California APN Number 037-213-09-00-7 and 510 High Street, Delano, California APN Number 037-213-10-00-9 as husband and wife, as Joint Tenants; and

3. Defendants Wayne Billingsley and Wava Billingsley own a twenty-five percent interest in the real property described in Exhibits 1 and 2 hereto; and

4. Defendant Dudley M. Steele Jr. had an may have some interest in the real property described herein as Exhibits 1 and 2 hereto; and

5. Defendant County of Kern has a valid, present and continuing lien on the twenty-five percent interest in the real property described in Exhibits 1 and 2 hereto held by Wayne Billingsley and Wave Billingsley in the agreed sum of $35,004.90 on the basis of its recordings described in the Parties' Stipulation for Entry of Judgment; and

6. Defendant Merl Ledford III, has a valid, present and continuing lien on the twenty-five percent interest in the real property described in Exhibits 1 and 2 hereto held by Wayne Billingsley and Wave Billingsley that is subordinate to the lien of the County of Kern described in the Paragraph

5 of this Judgment and Order on the basis of his recordings described in the Parties' Stipulation for Entry of Judgment; and

7. Defendant Merl Ledford III, individually and as Assignee for the Benefit of Creditors pursuant to Order of the United States Bankruptcy Court for the Eastern District of California dated February 10, 1997 in the Bankruptcy Estate of Dudley Michael Steele, Jr., Eastern District Bankruptcy action No. 87-00911-B-7K (the "Bankruptcy Court Order"), has full power and authority under the Bankruptcy Court Order to compromise claims and to release Plaintiffs, Wayne Billingsley, Wava Billingsley, and each of them, of and from all rights, demands, actions, and causes of action whatsoever, known and unknown, with respect to the real property described at Exhibits 1 and 2, including but not limited to claims to all rents, issues, and profits derived from the real property; and

8. No person other than the County of Kern and Merl Ledford III, respectively, and as set forth in Paragraphs 5 and 6, above, has any right, title, or interest in or to the undivided twenty-five percent interest in the real property described at Exhibits 1 and 2 that stands in the name of Wayne Billingsley and Wava Billingsley senior to the interests of the County of Kern and Merl Ledford III that might otherwise be satisfied by partition and sale of the real property; and

9. Subject to release of the said liens by the County of Kern and Merl Ledford III, respectively, in the real property described at Exhibits 1 and 2, the interest in that real property standing in the name of Wayne Billingsley and Wava Billingsley may be sold free and clear of liens and title thereto quieted in Plaintiffs; and

10. Under the circumstances the sale of the property and division of the proceeds would be more equitable than division of the property in kind. The property described herein in Exhibits 1 and 2 shall therefore be partitioned by sale to the Plaintiffs herein of the twenty-five percent interest in the

real property held by Wayne Billingsley and Wava Billingsley free and clear of liens.

11. Sale to Plaintiffs in and for the sum of $70,000 is hereby confirmed free and clear of all liens, save and except the lien for current County real property taxes and assessments and City taxes (if any) not yet due which shall be assumed by Plaintiffs.

12. Unless modified by any Order of this Court made subsequent to this Order, the proceeds of the sale shall be applied as follows:

A. Expenses connected with the sale of the property, including title and escrow expenses, and current County real property taxes and assessments and City taxes (if any) not yet due shall be borne by Plaintiffs in the within action;

B. Plaintiffs in the within action shall receive the undivided twenty-five percent interest currently owned of record by Wayne Billingsley and Wava Billingsley free and clear of any and all liens as set forth herein;

C. The County of Kern, from the remaining 25 percent of the balance of the sale of the property, shall receive the sum of $35,004.90;

D. Defendant Merl Ledford III shall, from the remaining 25 percent of the proceeds of the sale of the property, receive the balance of all sums after the payment to Defendant County of Kern; and

E. The twenty-five percent undivided interest in the real property standing in the name of Wayne and Wava Billingsley shall be sold free and clear of any lien and encumbrances including those specified herein to Plaintiffs.

F. Except as otherwise provide herein or by further order of this Court, each party shall bear its own attorneys fees and costs incurred in this proceeding.

10. Pursuant to the parties' Stipulation, release of Plaintiffs, Wayne Billingsley, and Wava Billingsley, and each of them, by Defendant Merl Ledford III, individually and as Assignee for the Benefit of Creditors pursuant to the Bankruptcy Court Order of and from all rights, demands, actions, and causes of action whatsoever, known and unknown, with respect to the real property described at Exhibits 1 and 2 hereto, including but not limited to claims to and/or accountings for any rents, issues, and profits derived therefrom, is approved and confirmed.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: May 26, 2006

Theresa A. Goldner,
United States Magistrate Judge

## EXHIBIT 1

Legal Description: 502 High Street

Real property in the City of Delano, County of Kern, State of California, described as follows:

Lots 6, 7 and 8 of southern addition to the City of Delano, County of Kern, State of California, as per map recorded April 1, 1920 in Book 3, Page 27 of Maps, in the Office of the County Recorder of said County.

APN 037-213-09-00-7

# EXHIBIT 2

Legal Description: 510 High Street

Real property in the City of Delano, County of Kern, State of California, described as follows:

Lot 5 and the south half of Lot 4 of southern addition in the City of Delano, County of Kern, State of California as per map recorded April 1, 1920 in Book 3, Page 27 of Maps in the Office of the County Recorder of said County.

APN 037-213-10-00-9